# IN THE SUPREME COURT OF THE STATE OF NEVADA

THEODORE STEVENS, A/K/A
MICHAEL SABATINO,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 79602

**FILED**

SEP 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the amended JOC filed in the above numbered case on 8.22.19." Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Review of the district court docket entries does not indicate that an amended judgment of conviction was entered in district court on August 22, 2019. To the extent that appellant appeals from the judgment of conviction entered on September 7, 2007, the notice of appeal was untimely filed. *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-40595

cc: Chief Judge, Eighth Judicial District Court
Hon. David M. Jones, District Judge
Theodore Stevens
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A